PAUL S. GALLENA, PROSECUTOR, v. I. GRANT SCOTT, CLERK IN CHANCERY, DEFENDANT.

Submitted May 4, 1948—Decided September 9, 1948.

Before Justices DONGES and COLIE.

For the prosecutor, *George Pellettieri*.

For the defendant, *Walter D. Van Riper* and *Joseph Lanigan*.

PER CURIAM.

The judges being equally divided on the question of whether or not a writ of *certiorari* should issue, the application must fall.